

# NUMBER 13-16-00698-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE NORMA RIVERA, RALPH RIVERA, AND TEXAS WRECKER SERVICE

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Garza and Longoria
### Order Per Curiam

Relators, Norma Rivera, Ralph Rivera, and Texas Wrecker Service, filed a petition for writ of mandamus in the above cause on December 27, 2016. Through this original proceeding, relators seek to compel the trial court to dismiss the underlying case for want of prosecution. The Court requests that the real parties in interest, D. L. Resendez, R. Schalman d/b/a Apollo Towing and Easy Rider Wrecker Service, or any others whose interest would be directly affected by the relief sought, file a response to the petition for

writ of mandamus on or before the expiration of ten days from the date of this order.  *See*

*id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of December, 2016.